IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : Criminal No. |
| v. | : |
| | : |
| RONALD L. THOMAS, | : VIOLATION: |
| | : |
| Defendant. | : 26 U.S.C. § 7201 (Tax Evasion) |
| | : |

**INFORMATION**

The United States Attorney charges that:

**Introduction**

At all times relevant to this Information:

1. RONALD L. THOMAS, the defendant, was a United States citizen who lived in Wellington, Florida, and intermittently Dubai, United Arab Emirates. Starting in or about mid-2008, THOMAS was an independent contractor for a United States Department of Defense contractor ("Company-1") as a Country Manager in Kabul, Afghanistan. After leaving Afghanistan, THOMAS was a Project Director in Oman for the Middle East for Company-1. THOMAS left Dubai in or about December 2015 and returned to Wellington, Florida, where THOMAS acted as a consultant and continued to receive payment from Company-1 through March 2016. Starting in or about January 2016 until at least December 2020, THOMAS was a paid consultant to a Mexican oil and gas joint venture in which one of the co-owners of Company-1 held an interest ("Company-2").

2. Starting in or about 2008, THOMAS's compensation package from Company-1 included both salary payments and bonus payments. THOMAS directed that most of his income

be transferred via wire transfer to a domestic bank account in Florida. However, THOMAS also received over $286,000 in "in-country" payments – payments that were paid in Dubai, pursuant to his written contract. The "in-country" payments included all day-to-day family living expenses such as food, gas, utilities, cellular phone, and school supplies and uniforms.

3.      THOMAS received monthly consulting fees from Company-2 via wire transfers to his domestic bank account.

4.      For each of the tax years 2010 through 2017, THOMAS filed false and fraudulent federal income tax returns jointly with his spouse on or about the dates listed below, which were prepared by a paid return preparer. Despite specific questions each year by his return preparers about his income, THOMAS provided false and incomplete information to them about the amount of the salary and bonus from Company-1 for each of the years 2010 through 2016 and consulting income from Company-2 in 2016 and 2017, resulting in the underpayment of his taxes in each of those years.

5.      The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for administering the federal tax laws of the United States, and collecting taxes owed to the United States.

6.      United States taxpayers who had income in excess of a certain amount were obligated to file an individual income tax return with the United States Internal Revenue Service ("IRS").  On said return, United States taxpayers were obligated to report their worldwide income.  Additionally, citizens and residents of the United States who had a financial interest in, or signature or other authority over a financial account in a foreign country were required to disclose the existence of such account on Schedule B, Part III of their individual income tax return.

## COUNT ONE

7. Paragraphs 1 through 6 are realleged and incorporated fully herein by reference.

8. From at least in or about January 1, 2010 through in or about April 2018, in the Southern District of Florida and elsewhere, the defendant, RONALD L. THOMAS, a resident of Wellington, Florida, willfully and knowingly did attempt to evade and defeat a substantial part of the income taxes due and owing by him to the United States in the amounts and for the calendar years set forth below by:

a) willfully and knowingly filing with the IRS false and fraudulent U.S. Individual Income Tax Returns, Forms 1040, for each of the calendar years 2010 through 2017 on or about the dates listed below; and

b) providing his return preparer with false and fraudulent information about the amount of his income from Company-1 and Company-2 in each year, as detailed below.

| Tax Year | Approximate Filing Date of Return | Approximate Unreported Income | Approximate Tax Due and Owing |
| --- | --- | --- | --- |
| 2010 | 7/21/2011 | $58,743.00 | $16,657.00 |
| 2011 | 7/11/2012 | 140,000.00 | 40,104.00 |
| 2012 | 8/22/2013 | 70,000.00 | 19,358.00 |
| 2013 | 8/7/2014 | 150,000.00 | 45,237.00 |
| 2014 | 7/14/2015 | 95,000.00 | 26,913.00 |
| 2015 | 4/15/2016 | 39,000.00 | 10,265.00 |
| 2016 | 4/15/2017 | 215,754.00 | 55,146.00 |
| 2017 | 4/17/2018 | 101,770.00 | 13,859.00 |

4

| Tax Year | Approximate Filing Date of Return | Approximate Unreported Income | Approximate Tax Due and Owing |
|---|---|---|---|
| Total | | $870,267.00 | $227,539.00 |

(Title 26, United States Code, Section 7201)

                MATTHEW M. GRAVES
                United States Attorney
                D.C. Bar No. 481052

By: _____
                Leslie A. Goemaat
                Assistant United States Attorney
                MA Bar No. 676695
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-6971
                Leslie.Goemaat@usdoj.gov

                STUART M. GOLDBERG
                Acting Deputy Assistant Attorney General

By: _____
                Nanette L. Davis
                Senior Litigation Counsel
                D.C. Bar No. 442136
                150 M Street, N.E., Room 1.107
                Washington, D.C. 20002
                (202) 514-8030
                Nanette.L.Davis@usdoj.gov