UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                                            CASE NO. 1:22-cr-101-CKK

       Plaintiff,

v.

RONALD THOMAS,

       Defendant.
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL FOR RONALD THOMAS

Vincent A. Citro of the Law Offices of Horwitz & Citro, P.A., hereby enters his Notice of Appearance as co-counsel for defendant Ronald Thomas in the above styled cause.

Respectfully submitted on February 26, 2023.

                                      **LAW OFFICES OF HORWITZ & CITRO, P.A.**

By:   *s/ Vincent A. Citro*
        **VINCENT A. CITRO**
        D.C. Bar Number: 153164
        District Court Bar Number: FL0021
        17 East Pine Street
        Orlando, Florida 32801
        Telephone: (407) 843-7733
        Facsimile: (407) 849-1321
        vince@horwitzcitrolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 26, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Nanette Davis, U.S. Department of Justice, Tax Division, P.O. Box 972, Washington, DC 20044, nanette.l.davis@usdoj.gov, Leslie A. Goemaat, U.S. Attorney's Office, 555 4th St. NW, Washington, DC 20530, leslie.goemaat@usdoj.gov, Sarah Caitlyn White Ranney, U.S. Department of Justice, Tax Division, 601 D Street NW, Room 7814, Washington, DC 20579, sarah.c.ranney@usdoj.gov, and Ezra Spiro, U.S. Department of Justice, Tax Division, 150 M Street NE, Washington, DC 20002, ezra.k.spiro@usdoj.gov.

        **LAW OFFICES OF HORWITZ & CITRO, P.A.**

By: *s/ Vincent A. Citro*
    **VINCENT A. CITRO**
    D.C. Bar Number: 153164
    District Court Bar Number: FL0021