UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>RONALD THOMAS,<br>    Defendant. | Criminal No. 22-101 (CKK) |

### ORDER
(May 2, 2024)

Pending before this Court is Defendant's [24] "Unopposed" Motion to Modify Conditions of Release and Memorandum of Law, whereby Defendant Ronald Thomas seeks "to retrieve his Passport from the United States Pretrial Services Office for the Southern District of Florida, which has custody of it pursuant to this Court's Conditions of Release." Mot. to Modify, ECF No. 24, at 1. Mr. Thomas notes that his conditions of release permit international travel with Court approval, and further, that he would like to vacation outside the United States with his wife. *Id.* at 2. Mr. Thomas indicates that "[b]efore traveling outside the United States, [he] would seek this Court's approval, as required in paragraph 7(f) [of the conditions of release]." *Id.* He asks however that the Court "permit him to obtain his Passport so that he may plan international travel with his wife." *Id.* at 3 (emphasis added). Finally, Mr. Thomas indicates that the Government does not object to this request, and upon "information and belie[f], the United States Pretrial Services Office for the Southern District of Florida has no objection to this motion." *Id.*

The Court has ascertained that the position of Pretrial Services is as follows: because Mr. Thomas would need to file a motion to international travel, he could request the temporary return of his passport as part of that motion. The Court notes that this is the usual procedure regarding

1

defendants' requests for international travel as a trip may be planned without a defendant having a passport in his possession. Accordingly, it is premature for Defendant to request the return of his passport for use during international travel prior to that international travel being approved. It is therefore this 2nd day of May 2024,

ORDERED that Defendant's [24] Motion to Modify Conditions of Release is DENIED. Defendant may request the return of his passport in connection with a future motion for permission for international travel.

_____/s/_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE